JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BF Comercio Y Exportaciones Limitada,<br><br>                              Plaintiff,<br><br>        v.<br><br>Los Angeles Produce Distributors, LLC et al.,<br><br>                              Defendants. | Case No. EDCV 25-01406-KK-DTBx<br><br>AMENDED JUDGMENT |

Pursuant to the Orders Granting Plaintiff's Motion for Default Judgment and Renewed Motion for Default Judgment, **IT IS HEREBY ADJUDGED** that Judgment is entered in favor of plaintiff BF Comercio Y Exportaciones Limitada DBA BFE ("Plaintiff") against defendants Los Angeles Produce Distributors, LLC ("LA Produce"), Sierra Nevada Produce LLC ("SNP"), and Matthew Clark ("Clark").

///

///

///

1   Pursuant to this Judgment, defendants LA Produce, SNP, and Clark are
2   **ORDERED** to pay Plaintiff damages in the amount of $858,210.60 from the date of
3   entry of judgment in this action.  (JS-6)

Dated: January 5, 2026

_____
HONORABLE KENLY KIYA KATO
United States District Judge

2